UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Case No. 8:08-bk-19700
RAMIRO CARDENAS
    Debtors Chapter 13
_____/

**ORDER GRANTING DEBTROR'S MOTION TO DETERMINE SECURED STATUS OF IRS AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE**

THIS CASE CAME ON for consideration, on October 1, 2009 the Debtor's Motion to Determine Secured Status of **the Notice of Federal Tax Lien** and to Strip. The Court, considering the Motion and record deems the relief requested to be appropriate.

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED, and relates to the real property (the "real property") that is the subject of the Motion is located at **12901 Lovers Lane, Riverview, FL 33569**, and more particularly described as follows:

   **LOT 26, BLOCK24, TROPICAL ACRES SOUTH-UNIT 5A, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 47, PAGE 77, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA**

2. Claim No. 7 filed by **IRS** shall be treated as an unsecured claim in this Chapter 13 case.

3. The lien on the Real Property held by **IRS** recorded on **September 27, 2006**, at **Book 16991, Page 0183, Instrument No. 2006464615** of official records of Hillsborough County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this Chapter 13 case, provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of **IRS** lien prior to the entry of the Debtor's discharge.

4. This order does not prohibit **The IRS** from asserting, at any time prior to the time when the lien is avoided by this order upon entry of the Debtor's discharge, any rights it may have as a defendant in any foreclosure proceeding brought by a senior mortgagee, including the right to claim excess proceeds from any foreclosure sale.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____

October 27, 2009

_____
Caryl E. Delano
United States Bankruptcy Judge